IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CR175 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **KEVIN PERSON,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Kevin Person (Person) to continue the trial of this matter (Filing No. 21). The motion does not comply with NECrimR 12.1 which provides, in part:

> Unless excused by the court in individual cases, a motion to continue the trial setting of a criminal case must state facts demonstrating that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial, (*see* 18 U.S.C. §3161(h)(8)), or that for some other reason, the continuance will not violate the Speedy Trial Act. Unless excused by the court in individual cases, if the defendant is a moving party the motion shall be accompanied by the defendant's affidavit or declaration (*see* 28 U.S.C. § 1746) stating that defendant:
> (1) Was advised by counsel of the reasons for seeking a continuance;
> (2) Understands that the time sought by the extension may be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*;
> (3) With this understanding and knowledge, agrees to the filing of the motion; and
> (4) Waives the right to a speedy trial.

The motion:

( ) Does not state facts demonstrating that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial.
( ) Does not state a reason the continuance will not violate the Speedy Trial Act.
(✔) Is not accompanied by the defendant's affidavit or declaration stating the requirements of (1) _✔_, (2) _✔_, (3) _✔_, or (4) _✔_ above.

Accordingly, the motion will be held in abeyance **until June 28, 2005**, and if the deficiencies noted above are not corrected, the motion will be denied.

**IT IS SO ORDERED.**

DATED this 23rd day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge